UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-21-ART-EBA-5 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TIFFANY CAUDILL, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Tiffany Caudill has filed a motion to suppress various alleged statements she says were obtained in violation of her constitutional rights. R. 287. Magistrate Judge Edward B. Atkins filed a Report and Recommendation that the Court deny the motion because Caudill understood her rights and waived them voluntarily. R. 330. Neither the defendant nor the United States has filed any objections to the R&R, and the time for filing any objections has expired. *See* Fed. R. Crim. Proc. 59(b)(2). Accordingly, it is **ORDERED** that the R&R, R. 330, is **ADOPTED** as the opinion of the Court. Caudill's motion to suppress, R. 287, is accordingly **DENIED**.

This the 14th day of April, 2014.



Signed By:
*Amul R. Thapar* AT
United States District Judge