UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-21-ART-(5) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TIFFANY CAUDILL, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on defendant Tiffany Caudill's three alleged violations of the terms of her supervised release. Caudill admitted to the charged violations. R. 674 at 1. Pursuant to the Court's referral order, R. 667, Magistrate Judge Edward Atkins filed a Report and Recommendation ("R&R") that Caudill be sentenced to four months incarceration and continue her current term of supervision following her incarceration. R. 674 at 1, 6. The defendant states that she has no objections to the R&R. R. 678. Accordingly, it is **ORDERED** that the R&R, R. 674, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 3rd day of March, 2016.



Signed By:
*Amul R. Thapar*
United States District Judge